BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC AND/OR PROPERTY TRACEABLE THERETO, and<br><br>2011 BMW X3,<br>VIN: 5UXX5C54BL716300,<br><br>Defendants. | CASE NO. 1:15 CV - 01909 LJO SAB<br><br>**UNDER SEAL**<br><br>***EX PARTE*** **ORDER TO STAY CIVIL FORFEITURE CASE** |

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above-entitled civil *in rem* forfeiture action shall be stayed until June 10, 2016, pending the completion of the

///

///

///

Ex Parte Order to Stay Civil Forfeiture Case
[UNDER SEAL]

1

criminal investigation and criminal case. The related case of <u>United States v. Approximately $3,801,034.94, et al.</u>, 1:15-CV-00954-AWI-SKO is also stayed pending the same underlying criminal investigation and remains under seal.

The United States shall file a status report one week prior, on June 3, 2016, informing the Court whether the continuation of the stay is still necessary.

**IT IS HEREBY ORDERED.**

Dated this 23rd day of December, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE