BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

**FILED**
DEC 23 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

**SEALED**

**LODGED**
DEC 23 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CV-01909 LJO SAB |
| Plaintiff, | **UNDER SEAL** |
| v. | *EX PARTE* ORDER SEALING CIVIL COMPLAINT FOR FORFEITURE |
| APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC AND/OR PROPERTY TRACEABLE THERETO, and<br><br>2011 BMW X3,<br>VIN: 5UXX5C54BL716300,<br><br>Defendants. | |

The United States having moved to seal the Verified Complaint for Forfeiture In Rem, the concurrently filed Application to Seal and corresponding Proposed Order, and the concurrently filed Motion to Stay, corresponding Proposed Order to Stay, and Notice of Related Cases, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

///

///

///

**IT IS HEREBY ORDERED** that the Complaint and all related documents are to be placed under seal until further notice.

Dated this 22rd day of December, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE