BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

**SEALED**

**ISSUED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CV-01909-LJO-SAB |
| Plaintiff, | **UNDER SEAL** |
| v. | **WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC AND/OR PROPERTY TRACEABLE THERETO, and | |
| 2011 BMW X3, VIN: 5UXX5C54BL716300, | |
| Defendants. | |

TO THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS & BORDER PROTECTION OF THE EASTERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on December 23, 2015, in the United States District Court for the Eastern District of California, alleging that the defendants approximately $50,000.00 seized from the California Franchise Tax Board, sourced from funds withdrawn from Bank of America savings account number 325016557963, held in the name of Martel 3D, LLC and/or property traceable thereto and 2011 BMW X3, VIN: 5UXX5C54BL716300

WARRANT FOR ARREST OF ARTICLES IN REM    1

1  (collectively "the defendant assets") are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) for one or more violations of 22 U.S.C. § 2778 *et seq.*;

3  WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that when the United States files a complaint demanding a forfeiture for violation of a federal statute, the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control. The defendant assets are in the custody of the United States Department of Homeland Security, U.S. Customs & Border Protection for the Eastern District of California.

9  YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant assets, and use discretion and whatever means appropriate to protect and maintain said defendant assets; and

11  IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought to have an interest in or claim against the defendant assets by serving upon such persons a copy of this warrant and a copy of the Verified Complaint for Forfeiture *In Rem* in a manner consistent with the Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law. This warrant provides notice that in order to avoid forfeiture of the defendant assets, any person claiming an interest in, or right against, the property must file a verified claim, signed under penalty of perjury, identifying the interest in, or right against, the property in the manner set forth in Rule G(5)(a) of the Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may such claim be filed later than 35 days after the date notice of the forfeiture action and a copy of the complaint was sent or, as applicable, 60 days after the first day of publication on the official internet government forfeiture site www.forfeiture.gov posting the notice of forfeiture action. In addition, any person having filed such a claim must also file an answer to the complaint or a motion under Fed. R. Civ. P., Rule 12 no later than 21 days after the filing of the claim, with a copy thereof sent to Assistant United States Attorney Jeffrey A. Spivak, 2500 Tulare Street, Suite 4401, Fresno, California 93721.

25  ///
26  ///
27  ///
28  ///

WARRANT FOR ARREST OF ARTICLES IN REM                2

1   IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the
2   same in this Court with your return thereon, identifying the individuals upon whom copies were served
3   and the manner employed.

4   Dated: __1/7__, 2016           MARIANNE MATHERLY, Clerk

6                                  By: _____
                                   Deputy Clerk
7                                  United States District Court
                                   Eastern District of California