PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA, | No. 1:15-CV-01909-LJO-SAB |
| Plaintiff, | |
| v. | **UNDER SEAL** |
| APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and | *EX PARTE* ORDER TO FURTHER STAY CIVIL FORFEITURE CASE |
| 20011 BMW X3, VIN: 5UXX5C54BL716300, | |
| Defendants. | |

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above entitled civil in rem forfeiture action shall be stayed until December 7, 2016, pending the completion of the criminal

///

///

///

1  investigation and criminal case. The United States shall file a status report one week prior, on
2  November 30, 2016, informing the Court whether the continuation of the stay is still necessary.

IT IS SO ORDERED.

    Dated: __**May 25, 2016**__          _____**/s/ Lawrence J. O'Neill**_____
                                                                   UNITED STATES CHIEF DISTRICT JUDGE