

1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:15-CV-01909-LJO-SAB
12 |              Plaintiff,              | **REQUEST AND [PROPOSED] ORDER TO UNSEAL COMPLAINT**
13 |      v.                              |
14 | APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, AND |
18 | 20011 BMW X3, VIN: 5UXX5C54BL716300, |
19 |              Defendants.             |

20

21      The United States of America, by and through its undersigned counsel submits the following
22 report:
23      1.     This is a civil action *in rem* for forfeiture of the above-captioned assets ("Defendant
24 Property"). The complaint, filed on December 23, 2015, alleges that the Defendant Property is subject
25 to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).
26      2.     On December 23, 2015, due to the ongoing criminal investigation, the United States
27 sought and obtained an order sealing the case and has since maintained a stay of the civil action. On
28

November 4, 2016, the Court granted an additional ex parte request by the United States to continue the stay until June 7, 2017.

3. The United States hereby requests that the Court unseal the complaint (but not the other documents filed under seal in the case) so that the United States can provide potential claimants with notice of the complaint in order to allow such potential claimants to challenge the seizure(s) at issue in the complaint.

4. The United States requests that previously ordered stay continue to be in effect, as originally ordered, through June 7, 2017.

Dated: April 4, 2017

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ Jeffrey A. Spivak

JEFFREY A. SPIVAK
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 4, 2017

/s/ Lawrence J. O'Neill

LAWRENCE J. O'NEILL
Chief United States District Court Judge