# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC,<br><br>　　　　Defendant**. | Case No. 1:15-cv-01909-LJO-SAB<br><br>ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO FURTHER STAY CIVIL FORFEITURE CASE AND DIRECTING CLERK OF COURT TO SERVE JUNE 1, 2017 ORDER ON THE UNITED STATES<br><br>(ECF No. 20) |

On June 12, 2017, the United States of America filed a status report and ex parte motion to further stay this civil forfeiture case. This matter has currently been stayed pursuant to a June 1, 2017 order filed under seal. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte motion to further stay this action is DENIED as moot; and
2. The Clerk of the Court is DIRECTED to serve a copy of the June 1, 2017 order filed under seal on the United States of America.

IT IS SO ORDERED.

Dated: **July 18, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1