PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and<br><br>20011 BMW X3, VIN: 5UXX5C54BL716300,<br><br>Defendants. | No.  1:15-CV-01909-LJO-SAB<br><br>__UNDER SEAL__<br><br>ORDER TO FURTHER STAY CIVIL FORFEITURE CASE |

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above-entitled civil in rem forfeiture action shall be stayed until December 7, 2017, pending the completion of the

///

///

///

criminal investigation and criminal case.  The United States shall file a status report one week prior, on November 30, 2017, informing the Court whether the continuation of the stay is still necessary.

IT IS SO ORDERED.

Dated:   **September 8, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE