1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA, | No. 1:15-CV-01909-LJO-SAB |
| Plaintiff, | |
| v. | **UNDER SEAL** |
| APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and | ORDER TO FURTHER STAY CIVIL FORFEITURE CASE |
| 20011 BMW X3, VIN: 5UXX5C54BL716300, | |
| Defendants. | |

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above-entitled civil in rem forfeiture action shall be stayed until March 9, 2018, pending the completion of the

///

///

///

UNDER SEAL
[PROPOSED] ORDER TO FURTHER STAY                1

criminal investigation and criminal case.  The United States shall file a status report one week prior, on March 2, 2018, informing the Court whether the continuation of the stay is still necessary.

IT IS SO ORDERED.

    Dated:   **January 2, 2018**          /s/ Lawrence J. O'Neill  
                                                           UNITED STATES CHIEF DISTRICT JUDGE