1 | McGREGOR W. SCOTT
United States Attorney
2 | JEFFREY A. SPIVAK
Assistant United States Attorney
3 | United States Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
(559) 497-4000  Telephone
5 | (559) 497-4099  Facsimile

6 | Attorneys for the United States

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITES STATES OF AMERICA, | No. 1:15-CV-01909-LJO-SAB |
|---|---|
| Plaintiff, | |
| v. | **UNDER SEAL** |
| APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and | ORDER TO FURTHER STAY CIVIL FORFEITURE CASE |
| 20011 BMW X3, VIN: 5UXX5C54BL716300, | |
| Defendants. | |

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above-entitled civil in rem forfeiture action shall be stayed until May 11, 2018, pending the completion of the

///

///

///

UNDER SEAL
ORDER TO FURTHER STAY                                    1

criminal investigation and criminal case.  The United States shall file a status report one week prior, on May 4, 2018, informing the Court whether the continuation of the stay is still necessary.

IT IS SO ORDERED.

    Dated:   **March 8, 2018**                    **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES CHIEF DISTRICT JUDGE