1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITES STATES OF AMERICA,           No.  1:15-CV-01909-LJO-SAB

12            Plaintiff,

13        v.                            **UNDER SEAL**

14  APPROXIMATELY $50,000.00 SEIZED
    FROM THE CALIFORNIA FRANCHISE
15  TAX BOARD, SOURCED FROM             ORDER TO FURTHER STAY CIVIL
    FUNDS WITHDRAWN FROM BANK           FORFEITURE CASE
16  OF AMERICA SAVINGS ACCOUNT
    NUMBER 325016557963, HELD IN THE
17  NAME OF MARTEL 3D, LLC, and

18  20011 BMW X3, VIN:
    5UXX5C54BL716300,
19
              Defendants.
20

21

22        The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. §

23  981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the

24  United States to conduct the related ongoing criminal investigation, the above-entitled civil in

25  rem forfeiture action shall be stayed until August 9, 2018, pending the completion of the

26  ///

27  ///

28  ///

UNDER SEAL                              1
ORDER TO FURTHER STAY

criminal investigation and criminal case.  The United States shall file a status report one week prior, on August 2, 2018, informing the Court whether the continuation of the stay is still necessary.

IT IS SO ORDERED.

Dated:  **May 11, 2018**              /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE