1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITES STATES OF AMERICA, | No.  1:15-CV-01909-LJO-SAB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO UNSEAL ACTION AND LIFT STAY |
| v. | |
| APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and | |
| 2011 BMX X3, VIN: 5UXX5C54BL716300, | |
| Defendants. | |

The United States of America, through its undersigned counsel, and potential claimant Ara Dolarian, by and through his counsel, George B. Newhouse, Jr., request that the Court unseal the action.

///

///

///

///

The parties further stipulate and request that the Court lift the stay imposed in this case.

On December 23, 2015, the United States filed a Notice of Related Case, relating this action with <u>United States v. Approximately $3,801,034.94 in U.S. Currency Seized from Citibank Account Number 206054579, et al.</u>, 1:15-CV-00954-DAD-SKO. The Parties intend to request the Court to consolidate the instant action, with No. 1:15-CV-00954-DAD-SKO, as both cases arise from the same set of operative facts and present similar questions of law. Once the matters are consolidated, the parties will confer regarding a mutually convenient date for setting a Scheduling Conference.

IT IS SO STIPULATED.

Dated: December 11, 2018   McGREGOR W. SCOTT
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: December 11, 2018   /s/ George B. Newhouse, Jr.
GEORGE NEWHOUSE
Attorney for Potential Claimant
Ara Dolarian
(As approved by email on 12/11/2018)

## **ORDER**

For the reasons stipulated above, this matter is UNSEALED and UNSTAYED.

IT IS SO ORDERED.

Dated: **December 11, 2018**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE